United States District Court
Southern District of Texas
**ENTERED**
August 16, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SPRINGSTONE, INC. AND WESTPARK SPRINGS, LLC, | § § § § |
| Plaintiffs, | § |
| v. | §   CIVIL ACTION NO. 4:17-cv-01508 |
| HISCOX INSURANCE COMPANY, INC., | § § § |
| Defendant. | § |

## ORDER DISMISSING ALL CLAIMS WITH PREJUDICE

On this day, the Court considered the Agreed Motion to Dismiss with Prejudice. The Court finds that the Motion is meritorious. Therefore,

The Court GRANTS the Motion, and DISMISSES, WITH PREJUDICE, all claims, and causes of action brought, or that could have been brought by Plaintiffs, Springstone, Inc. and Westpark Springs, LLC, against Defendant, Hiscox Insurance Company, Inc., in the above-captioned lawsuit

It is further ordered that costs of suit are taxed against the party incurring same.

SIGNED on this  16th  day of           August          , 2017.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**